UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ELIZABETH A. SEAL as Personal Representative of The Estate of JOSHUA A. SEAL, et al.<br><br>   Plaintiffs,<br><br>v.<br><br>UNITED STATES of AMERICA,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Civil No. 2:25-cv-442-LEW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR A STAY OF ALL DEADLINES
IN LIGHT OF LAPSE OF APPROPRIATIONS**

  The United States of America hereby moves for a stay of all deadlines in the above-captioned case.

  1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies. The Department does not know when such funding will be restored by Congress.

  2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

  3. Undersigned counsel for the Department of Justice therefore requests a stay of all deadlines until Congress has restored appropriations to the Department.

  4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in

appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

      Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the United States hereby moves for a stay of the entire case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: October 13, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DEBRA R. COLETTI
Acting Deputy Director, Torts Branch

PHIL MACWILLIAMS
Senior Trial Counsel, Torts Branch

/s/ Jocelyn Krieger
JOCELYN KRIEGER
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
175 N St. NE
Washington, DC  20002
Telephone: (202) 616-1679
Facsimile: (202) 616-5200
Email: jocelyn.krieger@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that on October 13, 2025, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and any other electronic filer as of the time of the filing.

Dated: October 13, 2025             By: /s/ Jocelyn Krieger  
                                                  JOCELYN KRIEGER  
                                                  Trial Attorney  
                                                  United States Department of Justice  
                                                  Civil Division, Torts Branch  
                                                  175 N St. NE  
                                                  Washington DC, 20002  
                                                  Telephone: (202) 616-1679  
                                                  Facsimile: (202) 616-5200  
                                                  Email: jocelyn.krieger@usdoj.gov