# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **ELIZABETH A. SEAL** as Personal Representative of The Estate of **JOSHUA A. SEAL**, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> **THE UNITED STATES OF AMERICA**, <br><br> Defendant | No.   2:25-cv-00442-LEW |

## PLAINTIFFS' RESPONSE TO MOTION TO STAY

On October 10, 2025, Defendant filed a motion to suspend all deadlines due to the government shutdown and lapse of appropriations to the DOJ. ECF No. 16. Plaintiffs do not oppose staying the deadline to answer. As the Government has not answered, and there are no other pending deadlines, Plaintiffs would respectfully request the Court enter a limited order extending the Government's deadline to answer the complaint by the length of the shutdown.

Plaintiffs served the Government with this action on September 22, 2025. ECF No. 12. When the shutdown started on October 1, the Government had used nine (9) of its sixty days to answer. Accordingly, Plaintiffs request that the Court specify in its Order granting the motion to stay that the deadline for the Government to answer shall be fifty-one (51) days from the date of restoration of funding.

Respectfully Submitted October 14, 2025,

/s/  Benjamin R. Gideon
Benjamin R. Gideon, Bar #9419
bgideon@gideonasenlaw.com
Meryl E. Poulin, Bar #5960
mpoulin@gideonasenlaw.com
Rosalie B.C. Wennberg, Bar #10316
rwennberg@gideonasenlaw.com
**Gideon Asen LLC**
95 Main Street, #5
Auburn, ME 04210
Service@gideonasenlaw.com

/s/  Travis M. Brennan
Travis M. Brennan, Bar #4525
tbrennan@bermansimmons.com
brennanservice@bermansimmons.com
Charles P. Hehmeyer, Bar #10096
chehmeyer@bermansimmons.com
hehmeyerservice@bermansimmons.com
Elizabeth A. Kayatta, Bar #5039
ekayatta@bermansimmons.com
kayattaservice@bermansimmons.com
**Berman & Simmons, P.A.**
129 Lisbon St. P.O. Box 961
Lewiston, ME 04243-0961

/s/  Jamal Alsaffar
Jamal Alsaffar, *pro hac vice*
jalsaffar@nationaltriallaw.com
Texas State Bar #24027193
Tom Jacob, *pro hac vice*
tjacob@nationaltriallaw.com
Texas State Bar #24069981
**National Trial Law**
1114 Lost Creek Blvd, Ste. 410
Austin, TX 78746
(512) 476-4346

/s/  Joshua Koskoff
Joshua Koskoff, *pro hac vice*
jkoskoff@koskoff.com
Connecticut State Bar #410518
Margaret Donovan, *pro hac vice*
mdonovan@koskoff.com
Connecticut State Bar #445982
Matt Blumenthal, *pro hac vice*
mblumenthal@koskoff.com
Connecticut State Bar #438605
**Koskoff, Koskoff & Bieder, PC**
350 Fairfield Avenue, Ste. 501
Bridgeport, CT 06604

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2025, I electronically filed the foregoing with the Clerk of Courts using the CM/ECF system, which will send a notice of electronic filing to all counsel of record and any other electronic filer as of the time of the filing.

Dated: October 14, 2025                    */s/* Benjamin R. Gideon
                                           Benjamin R. Gideon, Esq.
                                           Maine Bar No. 9419
                                           **Gideon Asen LLC**
                                           95 Main Street, #5
                                           Auburn, ME 04210
                                           (207) 206-8982
                                           Service@gideonasenlaw.com