Exhibit I to the United States' Motion to Dismiss

*Seal v. United States*, Case No. 2:25-cv-442 (D. Me.)



**Headquarters**
**Department of the Army**
**Washington, DC**
**8 August 2023**

**Army Regulation 600–92**

**Effective 8 September 2023**

**Personnel-General**

# Army Suicide Prevention Program

By Order of the Secretary of the Army:

RANDY A. GEORGE
*General, Acting United States Army*
*Chief of Staff*

Official:

MARK F. AVERILL
*Administrative Assistant to the*
*Secretary of the Army*

**History.** This publication is a new Department of the Army regulation.

**Authorities.** The authorities for this regulation are DoDI 6490.03, DoDI 6400.09, and DoDI 6490.16.

**Applicability.** This regulation applies to the Regular Army, the Army National Guard/Army National Guard of the United States, and the U.S. Army Reserve, unless otherwise stated.

**Proponent and exception authority.** The proponent of this regulation is the Deputy Chief of Staff, G–9. The proponent has the authority to approve exceptions or waivers to this regulation that are consistent with controlling law and regulations. The proponent may delegate this approval authority, in writing, to a division chief within the proponent agency or its direct reporting unit or field operating agency, in the grade of colonel or the civilian equivalent. Activities may request a waiver to this regulation by providing justification that includes a full analysis of the expected benefits and must include formal review by the activity's senior legal officer. All waiver requests will be endorsed by the commander or senior leader of the requesting activity and forwarded through their higher headquarters to the policy proponent. Refer to AR 25–30 for specific requirements.

**Army internal control process.** This regulation contains internal control provisions in accordance with AR 11–2 and identifies key internal controls that must be evaluated (see appendix L).

**Suggested improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) via email directly to usarmy.pentagon.hqda-dcs-g-9.mbx.publishing-team@army.mil.

**Committee management approval.** AR 15–39 requires the proponent to justify establishing/continuing committee(s), coordinate draft publications, and coordinate changes in committee status with the Office of the Administrative Assistant to the Secretary of the Army, Special Programs Directorate (AARP–ZA), 9301 Chapek Road, Building 1458, Fort Belvoir, VA 22060–5527. Further, if it is determined that an established "group" identified within this regulation, later takes on the characteristics of a committee, as found in the AR 15–39, then the proponent will follow all AR 15–39 requirements for establishing and continuing the group as a committee.

**Distribution.** This regulation is available in electronic media only and is intended for the Regular Army, the Army National Guard/Army National Guard of the United States, and the U.S. Army Reserve.

This regulation supersedes AR 600-63, dated 14 April 2015, in part, and DA Pam 600-24, dated 14 April 2015. AD 2023-12, dated 5 July 2023, is rescinded upon publication of this AR.

# UNCLASSIFIED

**Contents** (Listed by chapter and page number)

**Chapter 1**
**Introduction,** *page 1*

**Chapter 2**
**Suicide Prevention, Intervention, and Postvention,** *page 19*

**Chapter 3**
**Suicide Prevention Governance,** *page 29*

**Chapter 4**
**Training and Education,** *page 33*

**Chapter 5**
**U.S. Army Reserve,** *page 37*

**Chapter 6**
**Suicide Prevention Records and Reporting Requirements,** *page 42*

**Chapter 7**
**Assessments,** *page 43*

**Appendixes**

**A.** References, *page 45*

**B.** Suicide Prevention Program Activities & Outcomes by Risk and Protective Factors, *page 47*

**C.** Suspected Suicide Fatality Review and Analysis Boards, *page 50*

**D.** Specific, Measurable, Achievable, Realistic, and Time-Bound Objectives Template, *page 52*

**E.** Fidelity Monitoring (Trainings and Events), *page 53*

**F.** Logic Model Template, *page 54*

**G.** Suicide Reporting Requirements Checklist, *page 55*

**H.** Suicide Reporting Information Data and Sources, *page 56*

**I.** Army Command, Army Service Component Command, Direct Reporting Unit Suspected Suicide Fatality Review and Analysis Board Sample Reporting Memo, *page 57*

**J.** Resources, *page 60*

**K.** Charter Templates for Committees Associated with the Army Suicide Prevention Program, *page 61*

**L.** Internal Control Evaluation, *page 68*

**Table List**

Table 1–1: Suicide Prevention Initiatives and Centers for Disease Control Strategies, *page 4*
Table B–1: Suicide Prevention Program activities and outcomes by risk and protective factors, *page 47*
Table D–1: Specific, Measurable, Achievable, Realistic, and Time-bound Objectives template, *page 52*
Table F–1: Logic model template, *page 54*
Table G–1: Suicide Reporting Requirements Checklist, *page 55*
Table H–1: Suicide reporting information data and sources, *page 56*

**Contents—Continued**

**Figure List**

Figure I–1: Sample Reporting Memo, *page 58*
Figure I–1: Sample Reporting Memo—Continued, *page 59*

**Glossary of Terms**

**Summary**

# Chapter 1
## Introduction

**Section I**

**General**

### 1–1. Purpose
This regulation implements Department of Defense Instruction (DoDI) 6490.16 and incorporates DoDI 6400.09, prescribes policies and procedures, and assigns responsibilities for the Army Suicide Prevention Program (ASPP). The policy directs activities to prevent suicide using a comprehensive and proactive three-phased approach (prevention, intervention, and postvention). The policy establishes oversight of the ASPP through continuous assessments; and establishes requirements for reporting Soldier suicide deaths, attempts, and ideations and dependent suicide deaths.

### 1–2. References, forms, and explanation of abbreviations
See appendix A. The abbreviations, brevity codes, and acronyms (ABCAs) used in this electronic publication are defined when you hover over them. All ABCAs are listed in the ABCA database located at https://armypubs.army.mil.

### 1–3. Associated publications
This section contains no entries.

### 1–4. Responsibilities
Responsibilities are listed in Section II.

### 1–5. Records management (recordkeeping) requirements
The records management requirement for all record numbers, associated forms, and reports required by this publication are addressed in the Records Retention Schedule–Army (RRS–A). Detailed information for all related record numbers, forms, and reports are located in Army Records Information Management System (ARIMS)/RRS–A at https://www.arims.army.mil. If any record numbers, forms, and reports are not current, addressed, and/or published correctly in ARIMS/RRS–A, see DA Pam 25–403 for guidance.

### 1–6. Overview and the Army Suicide Prevention Program
  *a.* Leaders establish a culture of trust that results in the identification of risk and protective factors and apply targeted actions to achieve suicide prevention outcomes. Leaders who apply consistent and systematic whole-of-person and whole-of-unit strategies will positively affect individual and unit resilience outcomes.

  *b.* Suicide is a result of a complex interaction of many factors – environmental, psychological, biological, and social. Because there is no one, single solution, this challenge requires a comprehensive public health approach to suicide prevention, which includes coordinated efforts for an integrated prevention approach. The Army's approach operationalizes the public health approach, which includes defining the problem, identifying influencing risk and protective factors to describe the problem, then identifying, implementing, and evaluating programs and services.

  *c.* The ASPP aligns policies, practices, and programs that promote positive behavioral change, strengthen personal and collective bonds, and build readiness and resilience through collaborative partnerships. Specific elements include stigma reduction, help-seeking behaviors, and proactive activities (for example, financial literacy, skill building) before the point of crises, while supporting activities and services intended to improve the quality of life of Soldiers, Department of the Army (DA) Civilians, and their Families, and installations.

### 1–7. Army Suicide Prevention Program goals and objectives
  *a. Goal.* The Army's ultimate goal is to prevent suicides. This is accomplished by building a culture of resilience, reducing risk, and strengthening Soldiers by increasing protective factors such as coping skills and help-seeking behavior through a combination of prevention, intervention and postvention activities.

*b.  Objectives.*

(1)  Increase the visibility and timeliness to identify patterns of suicidal behaviors and associated risk and protective factors by utilizing reporting systems to inform and improve mitigation strategies and activities in a timely manner. Documented actions include commanders utilizing the results of assessment tools.

(2)  Foster a culture of trust within organizations by enabling help-seeking behaviors without fear of stigmatization or unwarranted actions that adversely impact one's career. Soldiers must be given protection to defer promotion and stabilize to seek behavioral health (BH) assistance. This may be extended to a spouse or child, at the Soldiers request, to allow Soldiers to focus on Family care (see AR 600–8–11 for deferment or reassignment criteria).

(3)  Ensure Soldiers are provided with opportunities to gain education and skills to develop and build on existing protective factors (for example, financial security through financial management). Actions include reinforcing the activities and documenting that Soldiers received training and education. Documentation of those activities helps to assure continued mentorship and informs strategy assessment.

(4)  Reduce access and increase proper storage skills to a broad range of lethal means. Documented actions include the provision of lethal means toolkits or other resources (distribution of gun locks, education on storage options). See chapter 2 for guidance on reducing risk from lethal means.

(5)  Direct the integration, synchronization, and evaluation of programs, practices, and policies. Documented actions include tracking multiple reinforcing activities (trainings, events) and outputs (evidence of delivery such as attendance counts or materials distributed) along with at least short-term outcomes (knowledge or skill gain) (see chap 7 for assessment).

(6)  Communicate and coordinate prevention efforts to increase knowledge and understanding of available resources. Documented actions include executing a comprehensive communications and marketing plan (see chap 2 regarding developing key communication messaging). Additionally, leaders should seek to identify non-military support networks that may exist with their Soldiers and incorporate or leverage as appropriate.

**1–8.  The components of the Suicide Prevention Program**
*a.*  The ASPP has three components: prevention, intervention, and postvention. Commanders and leaders play an integral role in all aspects of the program in order to protect and preserve individuals, units, and installations. Strong relationships between installation and community partners from garrison, medical personnel, and commanders improve the overall effort.

*b.*  The ASPP is built on a foundation of prevention and depends on empathetic and proactive unit leaders and supervisors who make the effort to know their personnel and build a culture of trust and cohesive teams.

*c.*  Prevention focuses on the range of educational, training, and outreach activities to equip Soldiers, DA Civilians, and Family members with knowledge and skills to strengthen abilities to prevent becoming overwhelmed with life circumstances (see para 2–5).

*d.*  Intervention includes alteration of the conditions that produced the current crisis, treatment of underlying condition(s) that may have contributed to suicidal behaviors, and follow-up care to assure positive outcome (see para 2–9).

*e.*  Postvention refers to a range of activities following suicide behaviors and is a part of the overall spectrum of suicide prevention. After an event, commanders, noncommissioned officers (NCOs), and installation personnel will take steps to secure and protect individuals (see para 2–12).

**1–9.  Suicide prevention overview**
*a.*  Suicide prevention seeks to enable protective factors (unit cohesion, financial readiness, and BH care access) and prevent self-harm among those identified as at-risk through command visibility tools or individual warning signs. Prevention refers to all efforts that build resilience, reduce stigma, and build understanding of suicide and related behaviors. Effective suicide prevention efforts (education, outreach, crisis intervention, training, policy) are dependent upon the existence of a command culture that fosters trust, accountability, caring, and engaged individuals focused on prevention and early intervention (non-clinical or clinical counseling) as opposed to crisis management alone.

*b.*  There are four tiers of suicide prevention activities:

(1)  Tier one (Sustain): actions that create environments of emotional/psychological and physical safety for all. These activities are foundational and universal (unit and community wide) and are intended to be

applied to the entire population through various means. A prevention approach focuses on individual, interpersonal, and organizational elements through holistic means to address risk and protective factors for harmful acts, leveraging, where possible and appropriate, existing prevention efforts. The actions here are referred to as primary prevention because they intend to prevent before a problem develops, such as health promotion, asset-building, or activities that eliminate risk factors before they cause harm. These actions address the conditions in the places where Soldiers, Families, and DA Civilians work, live, and learn.

(2) Tier two (Protect): actions to address individual knowledge, skills, beliefs, and behaviors. This tier focuses on learning coping skills for life stressors and how to take action across a variety of areas (financial skills, relationship skills, and so forth). Individuals are supported and skills are reinforced at the peer and unit level. Commanders must consistently assess their personnel's ability to handle stress and foster a positive and inclusive environment that develops life-coping skills and protective factors. Commanders must also assess the workplace environment to assess any barriers that may decrease reinforcement of positive coping skills.

(3) Tier three (Engage): actions to identify and support people that may be at risk of suicide. Training can be provided to improve intervention skills, increase knowledge, and build confidence in Soldiers to identify and respond appropriately to suicidal behaviors. Prevention also includes reducing access to lethal means by knowing what options are available for securing lethal means; and putting time and space between someone with suicidal intent and lethal means.

(4) Tier four (Act): actions in support of crisis response and to support people known to be at risk of suicide. Tier four is often referred to as intervention and focuses on preventing a life crisis from stressors (financial, domestic, legal, law enforcement) leading to suicidal behavior for those identified with risk. Identification of at-risk Soldiers should be made in collaboration with the highly specialized professionals assigned and/or designated to support commands. These nonclinical (chaplains, Military Family Life Counselors (MFLCs)) and clinical (BH) providers can support leaders with the management of at-risk Soldiers.

**1–10. Army Suicide Prevention Program**
*a.* The ASPP incorporates the Department of Defense (DoD) Suicide Prevention Strategy, DoDI 6400.09, and the Centers for Disease Control and Prevention's (CDC) seven evidence-based prevention strategies for suicide prevention. The CDC strategies are intended to work in combination with socio-ecological model and reinforce each other to prevent suicide. The seven primary strategies designed to mitigate suicide are:

(1) Strengthen financial readiness.
*(a)* Improve financial readiness (Army Financial Readiness Program).
*(b)* Increase household economic stability (credit monitoring).
(2) Strengthen access and delivery of care.
*(a)* Reduce stigma by modeling help-seeking behaviors.
*(b)* Increase care access through referring at-risk Soldiers.
(3) Create protective environments.
*(a)* Reduce access to lethal means through increasing safe storage behaviors (medicines and firearms) and providing lethal means counseling.
*(b)* Promote unit cohesion through building resilience and life skills that results in measurable skill development.
*(c)* Promote family advocacy and relationship programs (Army Community Service (ACS), chaplains, MFLCs).
*(d)* Ensure newly arriving Soldiers and their Families orient to the unit in accordance with AR 600–8–8.
(4) Promote connectedness by implementing policies and activities that increase support, reduce stress, foster camaraderie, and creating a positive environment.
*(a)* Increase peer support for care-seeking (resilience skills, ask, care, escort (ACE), ask, care, escort-suicide intervention (ACE–SI)).
*(b)* Build pro-social (bystander) skills (Engage).
*(c)* Build unit cohesion (physical fitness training, Master Resilience Trainer (MRT), ACE, Better Opportunities for Single Soldiers, Building Strong and Ready Teams).
(5) Teach coping and problem-solving skills (Performance Experts, MRT).
*(a)* Enhance parenting skills (ACS).

*(b)* Increase use of resilience techniques (Performance Experts, MRT).

*(c)* Build financial management knowledge (ACS).

*(d)* Develop relationship skills (chaplains, ACS).

*(e)* Prevent and reduce substance misuse (Army Substance Abuse Program (ASAP)).

(6) Identify and support people at risk.

*(a)* Optimize use of visibility tools (BH Pulse, Commander's Risk Reduction Toolkit (CRRT)) to identify and refer to clinical and non-clinical services.

*(b)* Identify signs of suicide risk and refer peers (ACE, ACE–SI, Engage).

(7) Lessen harm and prevent future risk by:

*(a)* Use of Suicide Prevention Program Coordinator (SPPC) and installation assets in support of commanders and units.

*(b)* Improve safe reporting and messaging about suicide to support help-seeking efforts and privacy when discussing, responding to, and reporting self-directed harm and prohibited abusive or harmful acts through the media, including social media platforms (Soldiers, Families, and DA Civilians) (Public Affairs Officer (PAO)).

*(c)* Improve Soldier knowledge of reducing access to lethal means (firearms, ropes/ asphyxiation devices, medications).

*b.* Implementing an integrated ASPP requires prevention personnel to use supportive planning tools such as logic models to identify and support people at risk.

*c.* Table 1–1 below further illustrates these linkages between suicide prevention initiatives discussed above and their associated CDC strategies. Managing the ASPP involves developing objectives (see app D and chap 7) and associated actions in accordance with the appropriate CDC strategies.

**Table 1–1**
**Suicide Prevention Initiatives and Centers for Disease Control Strategies**

| Types of Suicide Prevention Initiatives (Tools, Education, Training) | Centers for Disease Control Strategies (DoDI 6400.09) |
|---|---|
| Army Financial Readiness Program | *Strengthening economic supports* |
| BH Pulse; CRRT, BH Teams in brigade (BDE) footprints | *Strengthening access and delivery of care* |
| Building Strong and Ready Teams, ACE; ACE–SI; Army Family Programs | *Creating protective environments* |
| Chaplains, ACE; ACE–SI; Engage; MRT | *Promoting connectedness* |
| Army Family Programs; MRT; Reception, Staging, Onward Movement, and Integration (RSOI) Training for New Soldiers arriving to Installation and Deployment/Redeployment | *Teaching coping and problem-solving skills* |
| Visibility tools-BH Pulse; CRRT ACE; ACE–SI | *Identifying and supporting people at risk* |
| Soldier Counseling, Counseling to reduce access to lethal means; Postvention Toolkit | *Lessening harm and preventing future risk* |

*d.* The purpose of a logic model is to articulate a program's theory of action, showing linkages between activities and expected changes (attitudes, knowledge, and behaviors) aligned with strategies such as promoting connectedness or lessening harm and preventing future risk. The range of initiatives above in table 1–1 produce respective resiliency outcomes (improved sense of belonging, decreased stigma) which prevention specialists can measure as part of implementing the ASPP. See chapter 7 for information on assessment of suicide prevention programs (SPPs).

*e.* Several suicide prevention activities such as ACE trainings or commanders' use of visibility tools have distinct but related outcomes. For example, the mid-term outcomes of suicide prevention trainings, include the trainee's (Soldier's) application of learned concepts in life, such as stress management, conflict resolution, or care-seeking. These behaviors mitigate known risk factors such as the ones listed in appendix B.

**Section II**

**Responsibilities**

**1–11. Chief of Staff of the Army**
The CSA, through the Vice Chief of Staff of the Army, will oversee implementation and alignment of Army primary prevention efforts consistent with DoDI 6400.09, DoDI 6490.16, the Defense Suicide Prevention Strategy, and this regulation.

**1–12. Assistant Secretary of the Army (Manpower and Reserve Affairs)**
The ASA (M&RA) will—
   *a.* Develop and oversee policy for the ASPP to ensure Army policy, programs, processes, systems, and resources are effectively targeted to promote and optimize Total Army readiness and resiliency.
   *b.* Develop suicide prevention training and education requirements for DA Civilian leadership courses.
   *c.* Prepare budget submissions, direct allocation of funds, monitor execution of resources, and serve as the functional budget program manager for the ASPP.
   *d.* Review, approve, and publish the list of programs that comprise the suicide prevention portfolio.
   *e.* Develop suicide prevention oversight, to include measures and reporting procedures.

**1–13. Chief, National Guard Bureau**
The CNGB will—
   *a.* Prescribe Army National Guard (ARNG) policies and programs for prevention, intervention, and postvention of self-harm and prohibited harmful behaviors consistent with this regulation, DoD, and statutory requirements.
   *b.* Oversee execution of the data-informed suicide prevention actions through a command governance process.
   *c.* Appoint personnel to participate in Headquarters, Department of the Army (HQDA) suicide prevention governance and associated working groups and ensure personnel provide data, information, analysis, recommendations, and evaluation results.
   *d.* Identify, collect, share, and evaluate innovative practices across the States/Territories/District of Columbia (DC).
   *e.* Recommend measures, systems, processes, and procedures to increase efficiencies within the ASPP.
   *f.* Ensure ARNG unit compliance with suicide prevention requirements outlined in this regulation and advise the Director, Prevention, Resilience, and Readiness (DPRR) regarding the challenges associated for the ARNG.
   *g.* Manage all ARNG suicide prevention training requirements and ensure suicide prevention training is documented.
   *h.* Provide initial training and professional development for suicide prevention program managers (SPPMs).
   *i.* Establish procedures for reporting suicidal behaviors and other harmful behaviors by ARNG personnel in accordance with requirements outlined in this regulation:
   (1) Ensure submission of a DA Form 7747 (Commanders Suspected Suicide Event Report) to the Army SPPM for every suicide or suspected suicide.
   (2) Ensure an AR 15–6 investigation is completed for every suspected or confirmed suicide. The initial serious incident report (SIR) listing the mechanism of death (based on command or police information) should be the impetus for beginning the AR 15–6 investigation.
   (3) Ensure commanders initiate a line of duty (LOD) investigation for all Soldiers who die by suicide while serving in a duty status under authority of Title 10 U.S. Code, or Title 32 U.S. Code. In cases where Soldiers who die by suicide are not serving in a duty status under Federal law, it is recommended that an LOD be initiated in cases where the Soldier has deployed. Contributing factors caused by the deployment may exist such as post-traumatic stress disorder (PTSD), traumatic brain injury, and depression.
   (4) Ensure Families, unit members, and co-workers who experience loss due to suicide are offered long-term assistance including the resources listed in appendix J.

(5)  Establish and charter a Suspected Suicide Fatality Review and Analysis Board (S2FRAB) at each State, Territory, and DC and provide a summary report to the Army SPPM, at usarmy.pentagon.hqda-dcs-g-9.list.suicide-prevention@army.mil within 45 days of convening the S2FRAB.

*j.*  Conduct continuous monitoring to assess performance across prevention, intervention, and postvention and share evaluation results to the DCS, G–9.

*k.*  Form strategic partnerships at the Federal, State, and local level to develop networks of providers and expand access to care. Key stakeholders include other military services, Federal agencies, non-governmental organizations, and public and private entities.

*l.*  Ensure SPPMs administer, coordinate, and manage the ARNG SPP, to include developing policy and regulatory guidance, managing program funding to include establishing requirements and submitting budget requests, developing and overseeing internal controls, and coordinating or conducting evaluations.

*m.*  Ensure ARNG Soldiers in medical military occupational specialties to receive training on suicide prevention and related behaviors.

*n.*  Ensure a full-time Director of Psychological Health (DPH) is appointed within each State, Territory, and DC Joint Forces Headquarters (JFHQ) to provide BH subject matter expertise to commanders, Soldiers, and Families, such as, but not limited to—

(1)  Conduct command-directed BH evaluations.

(2)  Support LOD investigations.

(3)  Deliver BH readiness limiting profiles.

(4)  Assist Servicemembers and Families obtaining timely access to quality care and resources.

(5)  Respond to referrals regarding Soldiers at risk of harming themselves or others.

(6)  Support Commanders Critical Incident Report.

(7)  Conduct health assessment screenings.

(8)  Conduct readiness screenings.

(9)  Coordinate, assess, and evaluate prevention and wellness education programs with military and community partners.

*o.*  Provide emphasis, resources, policy, and implementation guidance to each State and Territory Adjutant General and the Commanding General (CG), DC for the execution of suicide prevention activities which include—

(1)  Establish and chair a Commander's Ready and Resilient Council (CR2C) and appoint a Community Ready and Resilient Integrator (CR2I) when practical for the ARNG. When a CR2C is not practical, develop and implement strategies to accomplish similar goals to that of the CR2C. (See glossary for definition of CR2C).

(2)  Publish a health promotion policy supporting healthy behaviors including risk reduction and suicide prevention efforts.

(3)  Ensure Soldiers identified with high-risk symptoms/behaviors are managed in a consistent manner.

(4)  Ensure Soldiers are encouraged to seek assistance if they are experiencing challenges or have been identified with BH or substance abuse symptoms.

(5)  Ensure policies are in place for crisis management, weapons profiles, and other unit-related procedures that relate to high-risk symptoms or suicide-related events.

(6)  Ensure Soldiers are referred who are undergoing multiple disciplinary actions and/or with multiple risk factors to appropriate BH, substance misuse, and family support services, as available.

(7)  Provide the opportunity for Servicemembers not living on DoD-owned or operated property, and the immediate Family members in their household, to voluntarily store privately owned firearms in the unit arms rooms in Armories pursuant to State/Territory/DC law, in consultation with their servicing Staff Judge Advocates (SJAs). Commanders from National Guard States that do not allow firearm storage in armories will work through their SPPM to coordinate with local community resources for safe storage and share innovative practices with other States.

(8)  Ensure there is a process to share information with qualified and cleared medical providers, investigators, and command leadership including but not limited to behavioral problems, family/relationship problems, financial problems, and any other information relating to the Soldier's (or Soldier's Family's) physical or BH. All efforts should be made to ensure confidentiality rights are not violated. Professional discretion should always be exercised in identifying what information is required to fulfill necessary functions.

(9) Establish a Soldier and State/Territory/DC-centric year-long strategic messaging plan for suicide prevention, intervention, and postvention that promotes a holistic approach to suicide prevention.

(10) Ensure all NCOs are trained as gatekeepers for suicide prevention and mentor their Soldiers in basic suicide prevention and use of ACE.

(11) Work with the Risk Reduction Program Coordinator (RRPC) or equivalents to review risk data, identify units with potential issues, and target these units with evidence-informed interventions.

(12) Emphasize de-stigmatization of help-seeking behavior; ensure annual BH screenings and additional post-deployment health reassessment (PDHRA) screenings at 180/365 days' post de-mobilization to promote long-term post-deployment surveillance of potential at-risk Soldiers.

(13) Oversee and monitor demobilization and annual BH screenings to provide early identification and treatment of potential at-risk indicators, reduce stigma and preempt mild traumatic brain injury (mTBI), PTSD and substance misuse issues.

(14) Ensure that personnel more likely to come in contact with Soldiers at increased risk of suicide or self-directed harm are aware of their roles, responsibilities, and mutual referral functions. These personnel include but are not limited to: chaplains, religious affairs specialists, sexual assault response coordinators, victim advocates, suicide intervention officers (SIOs), Soldier and Family Programs personnel, Inspector General personnel, and leaders. Formalize the process for chaplains to refer Soldiers or Family members to caregivers for issues beyond the chaplain's scope of expertise and experience.

(15) Oversee and maintain records of all suicide prevention, intervention, and postvention training and ensure commanders are advised if training is not conducted as specified in chapter 4.

(16) Ensure a SIO, E–6 or above, is appointed on an additional duty basis via a memorandum for record at the company/troop/battery level as the commander's primary advisor on all suicide prevention requirements, trainings, and campaigns, as well as State and local community level suicide prevention, intervention and postvention resources. Ensure the SIO participates their ready and resilient (R2) forums. (See chap 3 of this regulation for additional guidance on R2 forums).

(17) Direct ARNG ASPP personnel coordinate with the DoDSER Program Manager to ensure DD Form 2996 (Department of Defense Suicide Event Report) is accurate and complete.

**1–14. Deputy Chief of Staff, G–1**
The DCS, G–1 will—

*a.* Ensure the CG, U.S. Army Human Resource Command will support commanders with the deletion and deferment of orders and deferment of promotion in support of stabilizing Soldiers and Families per AR 600–8–11.

*b.* Ensure RRPCs or equivalents—

(1) Identifies high risk units and populations through review of RRPC data.

(2) Coordinates appropriate suicide prevention, intervention and postvention services in conjunction with commanders, SPPC, and CR2I.

(3) Participates in CR2Cs and working groups.

(4) Support ASPP governance by providing aggregate level data, analysis, and recommendations to the SPWG, unit R2 forum processes, and the CR2C.

(5) Support the ASPP in reviewing risk data, identifying units with potential issues, and target these units with evidence-informed interventions.

(6) Evaluates and shares lessons learned from prevention activities to reduce risk.

**1–15. Deputy Chief of Staff, G–3/5/7**
The DCS, G–3/5/7 will advise the CSA and the ASA (M&RA) on suicide prevention training requirements originating from HQDA that affect Soldiers and Army units. The DCS, G–3/5/7 will—

*a.* Ensure that professional military education (PME), ranging from basic training to senior Army schools, develops leaders with the interpersonal and leadership skills required to fulfill their leadership and mentoring responsibilities relative to suicide prevention, and promotes the well-being and total fitness of Soldiers.

*b.* Develop strategies and resource prioritization for HQDA mandatory suicide prevention training requirements which affect Soldiers and Army units.

*c.* Ensure the Director, Manpower, Accounting and Force Structure Division—

(1) Develops and distributes core-curriculum content to Service schools to support professional military and civilian education and professional development requirements.

(2) Assists in developing Soldier and DA Civilian suicide prevention training and education programs that promotes help-seeking behaviors, identifying risk factors, resilience, and coping methodologies, strengthens Soldiers, and enables interventions to DA Civilian supervisors that focuses on referral techniques and protocols for their employees.

(3) Develops, reviews, and validates training seat requirements for suicide prevention courses via the Structure and Manning Decision Review and Training Resources Arbitration Panel processes.

*d.* Ensure, as the Army Prevention Integrator, the integration of suicide prevention throughout the force.

**1–16. Deputy Chief of Staff, G–9**

As the Army Prevention Staff Lead, the DCS, G–9 will—

*a.* Exercise staff supervision and administer the ASPP in accordance with DoDI 6490.16 and DoDI 6400.09 and the Defense Suicide Prevention Strategy.

*b.* Assist in determining suicide prevention training and education requirements for DA Civilian leadership courses.

*c.* Ensure the DPRR—

(1) Provides strategic guidance and supervision for prevention policies, plans, training, capabilities, and governance nested with the Defense Suicide Prevention Strategy and reduces self-harm and prohibited harmful acts.

(2) Assists in planning and supervising the execution of Army policies and programs for suicide prevention. Provides senior leadership visibility of enterprise suicide trends and patterns and develops recommendations for a process to regularly review suicide trends, metrics, and outcomes.

(3) Serves as the functional budget program manager and prioritizes suicide prevention training and education resource requirements during the year of execution, the budget year, and during the program objective memorandum years.

(4) Designates in writing a SPPM in accordance with DoDI 6490.16, to serve as the DA-level manager to facilitate accurate and impactful interpretation of data, evidence-based programs and policy, meaningful execution of those programs and policies, and continuous evaluation of their effectiveness, towards the goal of creating and implementing best practices in the area of military suicide prevention.

(5) Facilitates the development of responses to suicide prevention inquiries from all internal and external government agencies.

(6) Designates in writing a general officer, flag officer, member of the senior executive service, or equivalent level person to serve as a primary and alternate member for the DoD Suicide Prevention General Officer Steering Committee and ensure they have direct access to Army senior leadership in accordance with DoDI 6490.16.

(7) Ensures periodic visits to all Army commands (ACOMs), Army service component commands (ASCCs), direct reporting units (DRUs) to accomplish the following: (1) Ensure compliance with established policies and procedures; (2) Recommend corrective actions, if needed; and (3) Provide technical assistance.

*d.* Appoint personnel to participate in HQDA suicide prevention governance and associated working groups. Personnel will provide data, information, analysis, recommendations, and evaluation results.

*e.* Ensure the Army SPPM—

(1) Collects and analyzes suicide-related data for risk factors pertaining to suicidal behavior to assist in the development and/or sustainment of effective strategies to reduce suicidal behavior and align data-informed suicide prevention actions into DA governance process.

(2) Interprets ASPP policy in response to inquiries from ACOMs, ASCCs, ARNG, and DRUs, their subordinate commands, other uniformed Services, DoD, and other Federal agencies.

(3) Establishes, publishes, and maintains program-level evaluation plans, data collection, and analyses for implementation at Army Staff, U.S. Army Installation Management Command (IMCOM), ACOM, ASCC, ARNG, DRU, and installation levels. Provides ACOMs, ASCCs, and DRUs with evaluation and oversight results.

(4) Represents the ASPP and serves as a member of the DoD Suicide Prevention Office's (DSPO) Suicide Prevention and Risk Reduction Committee, its working groups, and other DoD/HQDA boards and committees as appropriate, and the private sector.

(5) Verifies and consolidates all suicide-related statistics to include incidences of suicide clusters and provides periodic reports to the Army Staff, ACOMs, ASCCs, ARNG, DRUs, DoD, SPPMs, and SPPCs.

(6) Chairs HQDA Suicide Prevention Working Group (SPWG).

(7) Coordinates with Family Advocacy Program (FAP) Manager to ensure suicides related to domestic abuse and child abuse, including children and adults, victims and offenders, Regular Army (RA) Soldiers, and dependents, are reviewed in the annual HQDA, FAP Fatality Review Committee (FRC).

(8) Assesses feasibility in the use of emerging technologies in SPPs.

(9) Assists in developing the installation suicide prevention personnel workforce training requirements for initial and professional development training.

(10) Establishes a 1- to 5-year evaluation plan for at least one new or on-going non-clinical ASPP activity, and submit that plan to DSPO by 30 September each year.

*f.* Provide program management for the Army DoDSER Program. The Army DoDSER Program Manager supports the enterprise by monitoring completion and timeliness of DD Form 2996 on suicides and suicide attempts by Army Soldiers. The DoDSER Program Manager assists in the completion of an annual DoDSER Report published by the Defense Suicide Prevention Office. The Army DoDSER Program Manager will—

(1) Coordinate with RA, U.S. Army Reserve (USAR), and United States Army Recruiting Command ASPP personnel to ensure DD Form 2996 are accurate and complete.

(2) Respond to ad hoc requests for information (RFIs) from commanders and prevention personnel; completing quality assurance reviews on submitted DD Forms 2996; tracking completed and delinquent DD Forms 2996; completing transfers on required DD Forms 2996; resolving duplicate DD Forms 2996; assisting in obtaining information for DD Forms 2996 (for example, AR 15–6 reports, DA Form 7747, and others); and submitting improvement recommendations to Psychological Health Center of Excellence and the Army SPPM.

(3) Publish guidance for the identification of local DoDSER points of contact (POCs).

(4) Send follow-up messages for all events for which a DD Form 2996 is not received in the required 60 days of notification of the AFMES confirmation of suicide, or within 30 days of an identified suicide attempt.

## 1–17. Chief, Army Reserve
The CAR will—

*a.* Ensure regional and major subordinate commands (MSCs) utilize the initiative evaluation process (IEP) for developing initiatives to prevent suicides.

*b.* Oversee execution of the data-informed suicide prevention actions through a command governance process.

*c.* Appoint personnel to participate in HQDA suicide prevention governance and associated working groups and ensure personnel provide data, information, analysis, recommendations, and evaluation results.

*d.* Identify the requirements for the distribution of suicide prevention training materials.

*e.* Ensure USAR units' compliance with requirements prescribed in this regulation and advise DPRR regarding the challenges associated with suicide prevention for the Reserve.

*f.* Recommend policies and operational tasks to DPRR regarding the tailored requirements for suicide prevention within the USAR.

*g.* Establish procedures for reporting suicidal and other harmful behaviors in accordance with requirements prescribed in this regulation.

*h.* Conduct an AR 15–6 investigation on all suspected Soldier suicides.

*i.* Ensure submission of a DA Form 7747 and DD Form 2996 to the Army SPPM for every suicide or suspected suicide.

*j.* Oversee execution of the suicide prevention data-informed actions through a command governance process.

*k.* Monitor suicide prevention efforts across prevention, intervention, and postvention. Conduct annual evaluation of the ASPP to assess performance and share results.

*l.* Develop strategic messaging on suicide prevention, intervention, and postvention efforts that promote a holistic approach to suicide prevention.

*m.* Require USAR Soldiers in medical military occupational specialties to receive training on suicide prevention and related behaviors.

**1–18. The Surgeon General**

TSG will—

a. Ensure Army healthcare providers, including Army behavioral and mental health providers, meet the Assistant Secretary of Defense for Health Affairs policies, guidelines, and requirements for suicide prevention competency and training.

b. Coordinate with Director, Defense Health Agency (DHA) in the assignment of the Installation Directors of Psychological Health (IDPHs) to—

(1) Participate in unit R2 forums and S2FRABs.

(2) Provide consultation to commanders on the management of high-risk Soldiers, and the results of the Behavioral Pulse tool.

(3) Provide Army BH epidemiological consultation services.

(4) Support data requests to ensure complete and quality DoDSERs.

c. Advise the DCS, G–9 with respect to all medical and BH aspects of suicide prevention, to include the epidemiological aspects of suicide prevention, intervention, and postvention.

d. Provide recurring data to the Army SPPM on suicide deaths, attempts, and ideations.

e. Provide support that enables the development of performance metrics that assist in the monitoring of critical outcomes and program performance.

f. Ensure Army personnel participate in suicide prevention governance and associated working groups. Personnel will provide data, information, analysis, recommendations, and evaluation results.

g. Designate an Army Director of Psychological Health (ADPH) to serve as the Chief BH staff officer for the Army and U.S. Army Medical Command (MEDCOM); subject matter expert (SME) to the Army Surgeon General, senior BH consultant to ACOM, ASCC, and DRU commanders, and to manage the Army BH System of Care, Army BH officers (BHO) who are assigned to and under the command and control of an Army operational commander, and the Army Clinical Suicide Prevention Officer. The ADPH will—

(1) Ensure appointment of an BH officer to serve as the Medical Command Clinical Suicide Prevention Officer.

(2) Ensure each garrison has a designated IDPH and Army BHOs are assigned to and under the command and control of U.S. Army Forces Command unit commanders.

(3) Ensure policy development, metrics monitoring and education (for example, lethal means) pertaining to the management of Soldiers at risk for suicide occurs at the installation and regional levels to include Army BHOs who are assigned to and under the command and control of an Army operational commander.

h. The Army MEDCOM Clinical Suicide Prevention Officer will—

(1) Serve as the Army Clinical Suicide Prevention Officer; SME to the Office of the Surgeon General (OTSG), BH Division Chief, Behavioral Health Service Line (BHSL) and DoD officials.

(2) Manage the MEDCOM quarterly clinical suicide prevention review; interfacing with Army Regional Directors of Psychological Health (RDPHs)/IDPHs to provide a multi-disciplinary clinical review of cases of suicide in order to share best practices, develop BH policy recommendations, and mitigate risk of suicide of beneficiaries.

(3) Collaborate with numerous individuals, organizations, and working groups: Office of the DCS, G–9, DHA Public Health Division, MEDCOM Army Recovery Program and G–9 SPWG meeting designed to enhance communication and bridge gaps in services.

(4) Provide MEDCOM trend analysis reports on behavioral health access to care and recommendations to OTSG, Medical Readiness Commands, RDPHs/IDPHs and BHSL on current policy, mitigation strategies and evidenced-based clinical practice.

i. Ensure commanders of medical readiness commands—

(1) Meet established postvention requirements and participate in the MEDCOM postvention processes and Fatality Review Board.

(2) Provide personnel to participate in CR2Cs and associated working groups. Personnel will provide data, information, analysis, recommendations, and evaluation results.

(3) Collaborate with garrison commanders (GCs) and key stakeholders on the integration of services to achieve ASPP goals and objectives.

(4) Provide suicide behaviors data, and participate in installation and Command S2FRAB and installation SPWG.

*j.* Coordinate with Director, Defense Health Agency to provide Army BH epidemiological consultation services to the Army:

(1) Provide quarterly reports on suicide studies, evaluations, consultations, and other findings with relevance.

(2) Support suicide prevention research and evaluation efforts.

(3) Conduct implementation program evaluation of proponent program of instruction and instruct individual readiness training on an as-needed basis and focused on priorities determined by TRADOC, and the U.S. Army Combined Arms Center.

k. Publish quarterly reports to HQDA, DCS, G-9, DPRR, ACOMs, ASCCs, and DRUs on studies, evaluations, consultations, and other findings with relevance to the suicide prevention enterprise at usarmy.pentagon.hqda-dcs-g-9.list.suicide-prevention@army.mil.

### 1–19. Chief, Public Affairs
The CPA will—

*a.* Advise and support the proponent to develop and implement a communication plan in support of ASPP. This includes articles in Army and/or DoD internal print and broadcast media, public affairs guidance and strategic messages, and release of information about Army suicide prevention to the public through the media and community relations channels.

*b.* Ensure a shift to proactive and positive messaging, which strengthens Soldier protective factors.

*c.* Ensure personnel participate in SPWGs at echelon. Personnel will provide data, information, analysis, recommendations, and evaluation results.

*d.* Ensure personnel conduct responsible reporting of suicide deaths to reduce risk and encourage help-seeking behavior.

*e.* Ensure installation PAOs—

(1) Provide advice and counsel on effective communication planning and execution.

(2) Collaborate, integrate, and synchronize the community awareness needs for health promotion and Army Senior Leader R2 Council initiatives (see chap 3) with other on-going communication efforts.

(3) In conjunction with ASPP SMEs, develop campaigns and products (for example, Bugle Notes) that inform units, Family members, and community members on components of the integrated ASPP.

(4) Incorporate safe messaging practices when reporting on suicide, to include safe language, safe storage, and current links to the United States and outside the United States crisis lines.

### 1–20. The Judge Advocate General
TJAG will provide advice for the interpretation of laws and regulations in support of the ASPP.

### 1–21. Chief of Chaplains
The CCH will—

*a.* Support planning, implementation, and evaluation of suicide prevention activities and training with the DCS, G–9, to include promoting community and professional awareness of chaplain confidential counseling to all Soldiers and Family members for purposes of either self-reporting, or reporting others, at risk for harm to self or others.

*b.* Assist in the development of spiritual readiness initiatives, policies, and programs as part of the spiritual domain.

*c.* Provide support to senior commanders (SCs) for planning, implementing, and evaluating of spiritual readiness, suicide prevention activities and training.

*d.* Identify personnel to participate in suicide prevention governance and associated working groups at echelon. Personnel will provide data, information, analysis, recommendations, and evaluation results.

*e.* Share evaluation results of spiritual readiness and suicide prevention activities (for example, healthy relationships).

*f.* Assist in the execution of suicide prevention training to the force per AR 165–1.

*g.* Provide personnel to participate in SPWG at echelon, to include the suicide response team (SRT) and S2FRAB.

*h.* Encourage and promote concepts of religiously informed spiritual well-being and good health among Soldiers and Family members.

*i.* Ensure chaplains—

(1) Seek advice of supporting BH professionals.

(2) Collaborate with combat and operational stress control teams, MFLCs, and other prevention specialist to provide multidisciplinary support, normalize referrals, and reduce stigma associated with help-seeking behavior.

(3) Advise commanders on moral and ethical issues and other factors that may result in an increased risk for suicide behaviors and overall risky behaviors.

(4) Receive training to identify individuals who may be at increased risk of suicide and make appropriate referrals.

(5) Provide the suicide prevention training expertise to assist the commander in the education awareness training process.

(6) Advise and assist other staff and working group members (for example, FAP Manager, MRTs) to meet identified training needs.

(7) Function as "secondary gatekeepers" for at-risk personnel.

(8) Lead the spiritual fitness components for suicide prevention and share data, trends, analysis, recommendations, and evaluation results with the SPPC and the CR2I.

*j.* Ensure religious affairs specialists—

(1) Collaborate with combat and operational stress control teams, MFLCs, and other prevention specialist to provide multidisciplinary support, normalize referrals, and reduce stigma associated with help-seeking behavior.

(2) Advise Soldiers on moral and ethical issues and other factors that may result in an increased risk for suicide behaviors and overall risky behaviors.

(3) Receive training to identify individuals who may be at increased risk of suicide and make appropriate referrals.

(4) Provide the suicide prevention training expertise to assist the commander in the education awareness training process.

(5) Advise and assist other staff and working group members (for example, FAP Manager, MRTs) to meet identified training needs.

## 1–22. Provost Marshal General
The PMG will—

*a.* Provide policy guidance to Provost Marshals/Director of Emergency Services (DES) to support suicide prevention governance at echelon.

*b.* In coordination with the Director, U.S. Army Criminal Investigation Division (USACID), provide suicide ideation data to commander and CR2Cs on topics that support suicide prevention efforts to identify at-risk behavior.

*c.* Provide personnel to participate in SPWG at echelon and associated working groups. Personnel will provide data, information, analysis, recommendations, and evaluation results.

*d.* Provide the Director, DSPO, through the Army SPPM, the criminal investigation report of a Soldier's death by suicide and access to the criminal investigation files within 30 days of the report being completed (see DoDI 6940.16).

*e.* Establish installation-level protocols for law enforcement response to potential suicide situations that are discreet and avoid increasing stress for the personnel in suicidal crisis.

f. Reinforce instruction presented at the U.S. Army Military Police School concerning identification of persons at risk for suicide and emphasize that actions taken by law enforcement in the LOD may cause some people to be at increased risk of suicide.

*g.* Ensure designated installation personnel coordinate with SPPC and SPWG to assess utilization and capacity of installation and off-post firearms storage and develop recommendations for execution.

## 1–23. Director, U.S. Army Criminal Investigative Division
The Director, USACID will—

*a.* Provide criminal data analysis on topics that support suicide prevention efforts to identify high-risk behavior.

*b.* Provide personnel to participate in SPWGs at echelon and associated SPWGs. Personnel will provide data, information, analysis, recommendations, and evaluation results.

(1) Ensure USACID offices provide personnel to participate in the S2FRAB.

(2) Investigate noncombat deaths in accordance with DoDI 5505.10 and AR 195–2.

*c.* Ensure personnel support SPWG. Personnel will provide data, information, analysis, recommendations, and evaluation results.

*d.* Provide the Director, DSPO and the Army SPPM, the criminal investigation report of a Soldier's death by suicide and access to the criminal investigation files within 30 days of the report being completed (see DoDI 6940.16).

*e.* Ensure supervisors in USACID and special agents in charge of the supporting USACID element—

(1) Investigate noncombat deaths in accordance with DoDI 5505.10 and AR 195–2.

(2) Establish liaison with local civilian law enforcement agencies, coroners, and medical examiners, as appropriate, to obtain information regarding suicide-related events involving military personnel, their Families, or DA Civilians, which may have occurred off-post, and provide such information to the SPPC and AR 15–6 investigating officer (IO).

(3) As allowed by appropriate regulations, provides the SC, DC, SPWG, and AR 15–6, IO extracts from the USACID reports of investigation (including psychological autopsy), which may be useful in understanding the reasons for a suicide and in formulating future prevention plans.

(4) Provide information to SPPC, SPPMs, and the Army DoDSER Program Manager for the timely completion of DoDSERs in accordance with DoDI 6490.16.

(5) Coordinate with commanders regarding suspected suicide death investigations to ensure commanders take appropriate, timely actions (for example, AR 15–6 and/ LOD investigations), in the event that the suspected suicide death is afterward determined to be a suicide. The USACID element investigating the event assists commanders by providing data in support of completing DA Form 7747.

## 1–24. Director of Army Safety
The Director of Army Safety will—

*a.* Appoint representative(s) to support safety initiatives to prevent suicide, such as lethal means safety.

*b.* Ensure personnel participate in SPWG at echelon and associated working groups. Personnel will provide data, information, analysis, recommendations, and evaluation results.

## 1–25. Commanding General, U.S. Army Training and Doctrine Command
The CG, TRADOC will—

*a.* Execute suicide prevention training developed in coordination with the DCS, G-9 for all levels of PME.

*b.* Coordinate the integration of all components of holistic suicide prevention into Army school curriculum.

*c.* Execute functions as the Army Prevention Force Modernization Proponent in accordance with AR 5-22 with responsibility to integrate doctrine, organization, training, materiel, leadership and education, personnel, facilities and policy for Army Suicide Prevention Program-enabling functions.

## 1–26. Commanding General, U.S. Army Materiel Command
The CG, AMC through the CG, IMCOM, will—

*a.* Execute ASPP policies.

*b.* Appoint or assign SPPC duties in writing to—

(1) Provide installation assistance for execution and monitoring of the ASPP and to serve as a liaison to the Assistant Chief of Staff for Personnel and ACOM, ASCC, and DRU SPPMs.

(2) Provide data, analysis, training compliance, outcomes, and recommendations to commands in support liaison officer roles.

*c.* Coordinate, monitor, and report on the execution of the Army's and installations' ASPP efforts.

*d.* Deliver HQDA-approved initial training and professional development for installation SPPCs.

*e.* Provide a roster each quarter of assigned suicide prevention personnel at installations, camps, and stations to the Army SPPM.

*f.* Conduct Installation Army Operational Procedure inspections on the SPP based on the procedures designated.

*g.* Ensure personnel participate in HQDA SPWGs. Personnel will provide data, information, analysis, recommendations, and evaluation results.

*h.* Provide Army survivor outreach services to Families who experience losses.

*i.* Provide and evaluate educational opportunities for Soldiers, DA Civilians, and Families to develop and sustain resilience.

*j.* Deliver capabilities in support of prevention, intervention, and postvention.

*k.* Ensure SPPCs complete initial training, attend appropriate professional development training, and provide annual report to the Army SPPM.

**1–27. Commanders of Army commands, Army service component commands, and direct reporting units**

Commanders will—

*a.* Monitor the administration of the ASPP through the CR2C to ensure compliance with policies and mandatory tasks established by this regulation. (Requirements for installation R2 council are outlined in AR 600-63).

*b.* Ensure ACOM, ASCC, and DRU SPPM oversee suicide prevention metrics and monitor suicide prevention efforts across prevention, intervention, and postvention.

*c.* Embed suicide prevention education in command strategic documents, such as campaign plans and training guidance, to ensure consistent, regular, and comprehensive delivery of information and support at the appropriate frequency, duration and intensity.

*d.* Establish and charter S2FRAB and provide summary report to the Army SPPM at usarmy.pentagon.hqda-dcs-g-9.list.suicide-prevention@army.mil no later than 45 days of the S2FRAB.

*e.* Assess execution of suicide prevention, intervention, and postvention through staff assistance visits (SAVs) to subordinate commands.

*f.* Ensure submission of a DA Form 7747 to the DCS, G–9 and ACOM, ASCC, DRU SPPM in accordance with published timelines for every suicide or death that is being investigated as a possible suicide.

*g.* Ensure that Soldiers report their dependent's suicide deaths to nearest installation Defense Enrollment Eligibility Reporting System (DEERS) office, within 30 days of receiving death certificate.

*h.* Ensure subordinate units execute approved suicide prevention training effectively. Ensure all trainers at all levels are properly trained to enable effective training delivery.

*i.* Ensure SCs consult with their supporting medical providers for—

(1) Advice on the ASPP and medical capabilities.

(2) Collaboration with operational leadership and key stakeholders on the integration of BH and medical services.

(3) Coordination with the Army BHOs who are assigned to and under the command and control of an Army operational commander to provide command consultation on all aspects of the psychological health of Soldiers and their Families.

(4) Advice on protocols for the identification and management of at-risk Soldiers.

*j.* Ensure SCs arrange uninterrupted Army-provided BH care for transitioning Soldiers through risk screenings and warm-handoffs.

*k.* Ensure that geographically dispersed commanders have access to supporting medical providers to facilitate and implement suicide prevention policies.

*l.* Ensure that Army BHOs are assigned on orders to Army operational commands to provide command consultation on at-risk Soldiers and other BH trends within the unit, and to coordinate with supporting BH providers (for example, Combat Operational Control Stress units) on the early identification, triage, and disposition of individuals.

**1–28. Commanding General, U.S. Army Reserve Command**

The CG, USARC will—

*a.* Provide oversight and strategic guidance for implementing the ASPP and address suicide prevention using a multidisciplinary approach (see chap 3).

*b.* Appoint SPPMs for each geographic and functional USARC.

*c.* Manage suicide prevention quota allocations for all courses in USAR schools.

*d.* Coordinate suicide prevention efforts with United States Army Forces Command.

*e.* Ensure USAR Soldiers in medical military occupational specialties receive annual training on suicide prevention and related behaviors.

*f.* Establish command procedures for reporting suicidal behaviors in accordance with requirements prescribed in this regulation.

*g.* Establish and charter a S2FRAB at geographic and functional commands and provide report to the Army SPPM at usarmy.pentagon.hqda-dcs-g-9.list.suicide-prevention@army.mil within 45 days of convening.

*h.* Conduct an AR 15–6 investigation on all suspected Soldier suicides.

*i.* Ensure submission of a DA Form 7747 in accordance with published timelines to the Army SPPM for every suicide or equivocal death that is being investigated as a possible suicide.

*j.* Monitor suicide prevention efforts across prevention, intervention, and postvention.

*k.* Conduct annual assessment of the ASPP.

*l.* Provide initial training and professional development for SPPMs.

*m.* Provide recurring data to the Army SPPM on suicide deaths, attempts, and ideations.

*n.* Establish command policy and procedures for implementation of Reserve Component (RC) SRTs.

*o.* Provide personnel to complete DoDSER in coordination with Army DoDSER Program Manager.

*p.* Ensure Soldiers report their dependent's suicide deaths to nearest installation DEERS office, within 30 days of receiving death certificate.

*q.* Ensure the USARC, SPPM—

(1)  Administers, manages, and provides direction to the USAR ASPP.

(2)  Serves as the POC for information and advisor to the CAR on suicide prevention, including promoting awareness, prevention, intervention, postvention, and training and education. Annually reports on compliance and outcomes.

(3)  Develops a command suicide prevention plan that addresses the public health approach to suicide.

(4)  Implements ASPP goals, objectives, operating procedures and policies.

(5)  Reviews, assesses, and recommends policy changes as appropriate.

(6)  Interprets ASPP policy in response to inquiries from USARC MSCs and DRUs, and their subordinate commands.

(7)  Prepares budget submissions, directs allocation of funds, monitors execution of resources, and serves as the functional budget program manager for the ASPP.

(8)  Maintains liaison between the USARC, HQDA, ARNG, and other Federal agencies.

(9)  Compiles, analyzes, and shares suicide prevention data to monitor and evaluate prevention, intervention, and postvention initiatives. Recommends measures, symptoms, processes, and procedures to increase efficiencies with the ASPP.

(10)  Obtains copies of all submitted DA Forms 7747; consolidates and analyzes all suicide-related statistics to inform prevention strategies and provide periodic reports to the Director of Services and Support Division, MSCs, and SPPMs.

(11)  Inputs data about suicide deaths to the DoDSER for all confirmed and suspected suicide and suicide attempt regardless of hospitalization in accordance with DoDI 6490.16. Provides guidance to USAR Operations regarding the DoDI 6490.16 reporting requirements and timeline of suicide ideations, attempts, and suicide deaths.

(12)  Processes, tracks, and reports on all 15–6 investigations and submits all completed documents to HQDA as directed by policy. Serves as the advisor to the IO in 15–6 investigations.

(13)  Establishes and maintains program-level evaluation plans; incorporates SAVs, measures, data collection, analyses, and reporting procedures for implementation at MSCs. Identifies and distributes information to the MSCs regarding best practices in suicide prevention.

(14)  Provides guidance on suicide prevention training changes. Coordinates and executes ACE–SI train-the-trainer workshops at Reserve Support Commands.

(15)  Maintains record of all certified ACE–SI trainers.

(16)  Provides USAR Soldiers with State and local resources at the community level.

(17)  Serves as a member of CR2C and associated working groups as designated, representing suicide prevention issues and providing input on MSC and USARC suicide prevention.

(18)  Works with the RRPC or equivalents to review suicide-risk data and identifies units with potential issues.

(19)  Facilitates the SPWG, SRT, and the S2FRAB.

(20)  Conducts annual review of the USAR SPPM Onboarding training and updates the curriculum as needed.

(21)  Receives and monitors all commander's critical information requirements (CCIRs) and provides support to commanders, leaders, and Soldiers as needed.

(22) Conducts annual inspection program/Organizational Inspection Program for MSCs to ensure program effectiveness.

**1–29. Commanders of corps and divisions**
Corps and division commanders will—

*a.* Be responsible for the overall operations, execution, and assessment of suicide prevention efforts across the command.

*b.* Ensure compliance with regulations and policies established for the conduct of effective prevention activities.

*c.* Attend and inform higher S2FRAB through data, information, analysis, recommendations, and evaluation results.

*d.* Actively participate and support the SC in the suicide prevention mission, goals, and objectives.

*e.* Ensure reporting, awareness, and visibility of suicide and risk is reported through both mission and senior command channels.

**1–30. Senior commanders**
The SCs will—

*a.* Oversee the ASPP and leverage the garrison-command appointed installation SPPC as the ASPP SME. Consult with the IDPH before taking any BH actions.

*b.* Conduct reviews of suicide prevention, intervention, and postvention activities.

*c.* Establish installation policy for the SRT and the S2FRAB.

*d.* Convene and execute SRT.

*e.* Maintain oversight of submission within prescribed timelines for each DD Form 2996 and DA Form 7747 at S2FRAB for every suicide or suspected suicide.

**1–31. Garrison commanders**
GCs will—

*a.* Deliver installation services (Family and programs), coordinate and integrate the delivery of support from other service providers to achieve Suicide prevention goals and objectives.

*b.* Integrate suicide prevention training as part of in and out processing and RSOI.

*c.* Ensure the provision of services and/or assistance to Families, unit members, and co-workers who experience loss due to suicide.

*d.* Appoint a full-time SPPC (or appoint duties to existing personnel) whose duties include implementation of the installation ASPP and recurring reporting and updates on ASPP to the SC.

*e.* Coordinate with medical authorities and staff for suicide prevention activities.

*f.* Inform DA Civilians of support resources at their location.

*g.* On Joint installations, conduct review of memorandum of agreement with their counterparts from other military Services' installations when the Army and the other Service enter a joint basing agreement where common services are provided by one Service for both bases.

*h.* Inform Soldiers through the Casualty Assistance Office on requirement to report their dependents suicide deaths to nearest installation DEERS office, within 30 days of receiving death certificate.

*i.* Ensure in- and out-processing systems identify Soldiers during the transition process that are receiving treatment, and procedures are in place that ensure coordination with installation and/or gaining command medical activities.

*j.* Advise the SPPC and SPWG regarding suicide risk related to domestic abuse and child abuse. Support policy, initiatives, and strategies that integrate FAP prevention education and Family Readiness services with suicide prevention programming as needed to implement evidence-based or informed approaches to mitigate shared risk factors and leverage shared protective factors.

*k.* Support suicide prevention training for Family members and ACS Staff.

*l.* Appoint on orders personnel to serve as the DoDSER POC for at least one year. The DoDSER POC will complete required training and submit record to the IMCOM SPPM within 30 days of appointment.

*m.* Resource the professional development training of all ASPP installation positions.

*n.* Ensure the installation SPPC—

(1) Serves as the POC for information and advisor to SC on suicide prevention, including promoting awareness, prevention, intervention, postvention, training, and education. Provide a status on the ASPP to the SC.

(2) Compiles, analyzes, and shares data to identify high-risk populations, and monitors and evaluates awareness and prevention initiatives and suicide prevention training.

(3) Develops an annual Installation Suicide Prevention Plan and reports annual compliance and outcomes. Reviews and reports on suicide prevention, intervention, and postvention activities, training, resources, outcomes, and capabilities at least annually, through the CR2C.

(4) Serves as a member of CR2C and working groups as designated, representing suicide prevention issues, and providing input into related programs, initiatives, and pilots.

(5) Maintains inventory of installation and command suicide prevention, intervention, and postvention resources available to assigned units to enable integration across installation.

(6) Oversee all suicide prevention training and provide support to commanders for planning suicide prevention training events and maintain records of all ACE–SI trainers. Advise commanders on fidelity of training. Serve as the singular authority for certification of all ACE–SI trainers upon completion of the ACE–SI tier two course of instruction.

(7) Completes the HQDA, ASPP online suicide prevention personnel training within the first 120 days of assuming SPPC responsibilities.

(8) Integrates suicide primary prevention and postvention into unit R2 teams, community, Family, and Soldier support programs (for example, sponsorship, BH, sexual assault, substance misuse, domestic violence) as appropriate.

(9) Communicates suicide prevention messages and ensures suicide awareness materials are readily available to commanders.

(10) Administers the SPWG and S2FRAB (see chap 3). Develops charters, minutes, and tracks action items.

(11) Facilitates and coordinates the SRT and postvention activities within 48 hours of a death by suicide and suicide attempt.

(12) Obtains copies of submitted DA Form 7747; consolidates and analyzes all suicide-related statistics to inform prevention strategies and provide status at the SPWG.

(13) Serves as a member of the installation FAP FRC, presenting suicide prevention issues and providing input into related programs. Works with the Installation FAP Manager to identify suicides that may be related to domestic abuse and child abuse, including children and adults, victims and offenders, RA Soldiers and dependents, for review.

*o.* Ensure the Director, ACS—

(1) Coordinates the Family Member Suicide Prevention Training.

(2) Conducts appropriate in-service training (ACE–SI, counseling on access to lethal means safety, and so forth) of ACS staff members, including volunteers who routinely assist Soldiers, DA Civilians, and Family members who might be at risk of suicide.

(3) Empowers Family members with knowledge, training (if desired), and actions for how to contact and communicate a suicide attempt/ideation/or behavior change to the Soldier's team/squad/unit chain of command after hours, over weekends, during holidays, and leave.

(4) Shares evaluation results, data, trends, analysis, and recommendations with the SPPC, the SPWG, and the CR2C for family member and dependent programs that reduce risk and strengthen protective factors for suicide prevention.

*p.* Ensure the Director, Family, Morale, Welfare and Recreation (FMWR)—

(1) Integrates suicide prevention into FMWR programs, such as firearm storage, as appropriate.

(2) Supports suicide prevention efforts by providing data, trends, analysis, and evaluation results at the SPWG and CR2C.

## 1–32. Brigade and battalion commanders
BDE and BN commanders will—

*a.* Publish a command policy that operationalizes and describes unit activities to promote resilience, protective factors and positive behaviors, prevent harmful behaviors (to include procedures for management and tracking of Soldiers at risk for suicide), and execute the three components of suicide prevention (prevention, intervention, postvention). Monitor efforts across prevention, intervention, and postvention.

*b.* Establish a unit R2 forum process to provide early detection of risk behavior through systematic assessment, utilize visibility tools (para 2–3) and understanding of local resources; implement timely, local, and targeted responses for prevention, intervention, and postvention; and enhance readiness and

resilience of unit Soldiers and their Families, and DA Civilians. Coordinate with supporting medical and BH providers, unit ministry team, and MFLC for support.

*c.* Consult with supporting BH provider and unit chaplain to establish procedures to identify and manage high-risk Soldiers, to procure suicide risk factor data. Actively participate to address and mitigate at-risk Soldiers.

*d.* Incorporate annual, face-to-face suicide prevention training into the overall unit training plan; retain records of Soldier suicide prevention training. Provide records to installation SPPC upon request. Virtual Training may be approved at battalion commander level if Soldiers are at a remote location and face-to-face is unavailable.

*e.* Serve as a member of CR2C. Report on unit R2 forum status and share results of suicide prevention, intervention, and postvention activities.

*f.* Execute SRT and postvention activities within 24 hours and no later than 48 hours of a death by suicide and suicide attempt.

*g.* Record and report all suicides, to include deaths being investigated as suspected suicides, using the DA Form 7747 in accordance with timelines outlined in chapter 2. For visibility, notify ACOM, ASCC, DRU SPPM and installation SPPC of DA Form 7747 submission to the Army SPPM.

*h.* Implement and enforce the periodic health assessment process and the Deployment Health Assessment Program to enable the early identification and treatment of physical and BH issues at critical stages in the deployment cycle.

*i.* Regulate privately owned weapons in accordance with this regulation (see para 2–7).

### 1–33. Commanders of companies, detachments, and equivalent units
The commanders of companies, detachments, and equivalent units will—

*a.* Establish a R2 forum process that includes how to identify and manage high-risk Soldiers. Actively participate in meetings in which at-risk Soldiers are addressed and mitigation plans are put into place.

*b.* Implement and monitor suicide prevention, intervention, and postvention activities.

*c.* Incorporate annual suicide prevention training into the overall unit training plan; retain records of Soldier suicide prevention training and record in the Digital Training Management System (DTMS). Provide records to installation SPPC upon request.

*d.* Ensure Soldiers are encouraged to seek assistance if they are experiencing challenges or have been identified with suicide-risk symptoms (see para 2–6).

*e.* Implement health and welfare checks system with first line leaders in barracks and in residence especially for higher risk Soldiers and given any potential life changing situations (for example, death, divorce/break up, legal actions, demotion, or not being promoted).

*f.* Participate in SRT meetings.

*g.* With the support of suicide prevention stakeholders (SPPCs, chaplains, supporting BH providers, RRPCs, R2 personnel, performance experts, ACS, SJA, DES) assess unit risk and develop tailored and systematic training, assess outcomes, and share lessons learned as part of the unit R2 forums.

*h.* Utilize the DA Form 7747, Section 3, in the conduct of AR 15–6 investigation on all suspected Soldier suicides to include timelines, record and report all suicides, to include deaths being investigated as suspected suicides, using the DA Form 7747. For visibility, notify ACOM, ASCC, DRU SPPM and installation SPPC of DA Form 7747 submission to the Army SPPM.

*i.* Assess Soldier and Family continuity of care and consider requesting U.S. Army Human Resources Command support to adjust, delete, or defer orders for medical reason to provide Soldiers and Family members struggling with mental health greater stability and consistent mental health care with the same provider.

### 1–34. Community Ready and Resilient Integrator
The CR2I appointed by the SC (RA) or Regional Readiness Commander (USAR) will—

*a.* Develop, design, and execute the SC Community R2 Plan including capability and resource requirements. Ensure the SC Community R2 Plan addresses the public health approach to suicide prevention.

*b.* Integrate ASPPs, policies, and practices effectively and in collaboration, as appropriate, with individual(s) or entities responsible for prevention programming.

*c.* Develop a process to oversee the implementation of ASPP, activities, and policies through the CR2C.

*d.* Promote awareness of community resources for all prevention areas, including suicide prevention.

*e.* Coordinate with internal and external organizations to share information, trends, innovative practices, and lessons learned.

## Chapter 2
## Suicide Prevention, Intervention, and Postvention

**2–1. Overview**
The Army's public health approach to suicide prevention, per DoDI 6400.09, promotes a positive environment and prevents harmful behaviors. Integrated prevention targets risk and protective factors (appendix B) as well as the environment to set the conditions to promote positive behaviors and outcomes (for example, trust, cohesion, purpose, belonging, adaptability, self-awareness, self-development, and self-discipline).

**2–2. Army Integrated Suicide Prevention Program framework and program elements**
The Army Integrated Prevention Program will leverage the suicide prevention framework of visibility, continuous assessment, and targeted actions to institute a comprehensive and proactive policy to address suicidal behavior.

*a. Visibility.* Visibility involves the identification, collection, and integration of data to deliver a more holistic picture across the individual, unit, leader, Family, and community levels. This increased visibility will enable leaders to be more proactive in increasing positive behaviors and intervene; thereby reducing at-risk behaviors. The intent is to have sufficient information to monitor and guide efforts for improved resilience and readiness.

(1) Visibility tools are available to assist leaders with early identification of at-risk Soldiers and overall unit risk propensity to inform prevention strategies. Visibility tools include, but are not limited to the CRRT, Azimuth Check, and Defense Organizational Climate Survey (DEOCS) (see para 2–7).

(2) Use of periodic and systematic review of individual and trend data can help determine the gaps between the current and desired end state for the ASPP. Baseline data describes the conditions that exist in the organization before implementation of prevention initiatives. Analysis and reporting that keeps senior leaders aware of suicidal behavior and tracks demographic trends is helpful in developing or refining ASPP objectives, and immediately identifies events that could potentially raise the level of risk for a segment of the Army.

*b. Continuous monitoring and local outcomes evaluation.* Continuous monitoring and evaluation efforts refer to the investigation, exploration, and analysis of suicide prevention activity (PA) outputs and outcomes in order to identify deviations from standards, emerging trends, and monitoring progress toward meeting objectives. Assessment is a key component of the process and is directed to achieving desired outcomes or end states. The assessment process entails three distinct tasks: 1) continuously monitoring the situation and the progress of the operations; 2) evaluating the operation against measures of effectiveness and measures of performance to determine progress relative to the mission, objectives, and end states; and 3) developing recommendations/guidance for improvement. Improving communications between leaders and Soldiers, gathering objective evidence and sharing promising practices are actions that will promote improvement that brings readiness value to the Army.

*c. Data-informed targeted actions.* Targeted actions are the suicide prevention inputs and will be nested within the ASPP goals and identified through a combination of leader observations, visibility tools, and continuous assessments. Actions are planned and implemented for maximum effectiveness.

**2–3. Visibility tools**
The Army routinely collects and analyzes suicide-related data on the risk factors surrounding suicidal behavior to inform the development and/or sustainment of effective strategies to reduce suicides and suicide attempts. It is important that commanders have access to this timely and accurate information in order to identify or mitigate emerging situations before they become critical. Surveillance data may be used in conjunction with local level evaluation efforts (see chap 7). Commanders and prevention personnel should strive to define the problem and create a common operating picture. Commanders and the suicide prevention workforce can identify prevention actions (appendix B) to build and maintain resilience based on the information and analysis from these tools. There are multiple visibility tools that identify risk and protective factors that impact readiness. Commanders will formulate a data-informed prevention approach

# SUMMARY

AR 600–92
Army Suicide Prevention Program

This new regulation, dated 8 August 2023—

- Creates a new regulation for the Army Suicide Prevention Program. This regulation supersedes the Army Suicide Prevention Program policy prescribed in AR 600–63 (throughout).

- Incorporates Army Directive 2021–10, Commander's Risk Reduction Toolkit by prescribing use of it as a suicide risk visibility tool (throughout).

- Incorporates Army Directive 2023–12; Ask, Care, Escort Suicide Prevention Training by establishing Ask, Care, Escort as the prescribed Suicide Prevention training (throughout).

- Directs the completion and submission of DA Form 7747 (Commanders Suspected Suicide Event Report) on every suspected Soldier death by suicide (chap 1).

- Updates roles and responsibilities (chap 1).

- Modifies narrative to reference guidance and includes reference to DoDI 6490.16, DoDI 6400.09, and AR 600–20 for additional guidance (chap 1).

- Changes installation Suicide Prevention Program Manager to Suicide Prevention Program Coordinator (para 1–10).

- Directs the Chief, National Guard Bureau to implement a suicide prevention policy and program consistent with DoDI 6490.16 for members of the Army National Guard of the United States (para 1–13).

- Requires reports of Servicemember's "dependents" suicide deaths to nearest installation Defense Enrollment Eligibility Reporting System office, within 30 days of receiving death certificate (para 1–27$g$).

- Requires the Suicide Prevention Program Coordinator to develop an installation Suicide Prevention Plan as part of the Commander's Ready and Resilient Council (para 1–31$n$(3)).

- Identifies the command visibility tools in support of suicide prevention (chap 2).

- Revises guidance for suicide reporting procedures to add specificity for the routing of suicide-related AR 15–6 reports to the Army Resilience Directorate (chap 2).

- Provides clarification on the process for developing and submitting the DD Form 2996 (Department of Defense Suicide Event Report) (chap 2).

- Provides guidance on collecting information regarding Soldiers' privately owned firearms and ammunition or other weapons if the commander or health care professional believe that the Soldier is a risk to self or others in accordance with DoDI 6490.16 (para 2–7).

- Renames the Suicide Prevention Task Force to the Suicide Prevention Working Group and identifies the Suicide Prevention Program Coordinator as the lead and facilitator. Identifies how the Suicide

Response Team and Suspected Suicide Fatality Review Board are inputs into the Suicide Prevention Working Group (chap 3).

- Adds requirement to establish a unit Ready and Resilient forum (para 3–3).

- Provides guidance on conducting Suspected Suicide Fatality Review and Analysis Board that will establish a multidisciplinary approach for obtaining the data necessary to make comprehensive Department of Defense Suicide Event Report submissions (para 3–6).

- Incorporates Army Directive 2018–07–17 (Prioritizing Efforts for Readiness and Lethality (Update 17)) by eliminating the requirement for deployed commanders to convene quarterly Suicide Fatality Review Boards in theater at the corps, division task force, and/or joint task force level headquarters, or to report findings, initiatives, and best practices to the Deputy Chief of Staff, G–9 (para 3–6).

- Adds Reserve Command specific roles, responsibilities, and processes (chap 5).

- Incorporates Army Directive 2018–23, Improving the Effectiveness of Essential and Important Army Programs: Sexual Harassment/Assault Response and Prevention, Equal Opportunity, Suicide Prevention, Alcohol and Drug Abuse Prevention, and Resilience, by requiring commanders to incorporate annual, face-to-face suicide prevention training into the overall unit training plan, and retain records of Soldier's training (chap 4).

- Describes and prescribes the framework for assessing Suicide Prevention Program efforts through the processes of monitoring and evaluation (chap 7).

**UNCLASSIFIED**