UNITED STATES DISTRICT COURT
DISTRICT OF STATE

|  |  |
|---|---|
| SEAL ET AL.,<br><br>　　　　Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant | CIVIL ACTION NO.: 2:25-cv-00442-LEW |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Plaintiffs in the above-captioned case. All future filings and notices should also be sent to the undersigned.

Dated: April 27, 2026

_____
Charles M. King, Esq.
Maine Bar No. 010221
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME  04243-0961
(207) 784-3576
Attorney for Plaintiffs Seal et al.
cking@bermansimmons.com

1

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Jocelyn Krieger, Esq.
United States Department of Justice
175 N. St. NE
Washington, DC 20002

and I hereby certify that on this date, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Jocelyn Krieger, Esq.
United States Department of Justice
175 N. St. NE
Washington, DC 20002

Dated:  April 27, 2026

_____
Charles M. King, Esq.
Maine Bar No. 010221
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME  04243-0961
(207) 784-3576
Attorney for Plaintiffs Seal et al
cking@bermansimmons.com

2