**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| **SEAL**, *et al.*, | No.    2:25-cv-00442-LEW |
| Plaintiffs | |
| v. | |
| **THE UNITED STATES OF AMERICA**, | |
| Defendant | |

## PLAINTIFFS' UNOPPOSED REQUEST FOR ORAL ARGUMENT

The Plaintiffs hereby request oral argument pursuant to Local Rule 7(e) on Defendant's Motion to Dismiss. Counsel for Defendant has been contacted and does not object to this request.

Respectfully Submitted,                Dated: July 6, 2026


/s/  Benjamin R. Gideon                 /s/  Travis M. Brennan
Benjamin R. Gideon, Bar #9419           Travis M. Brennan, Bar #4525
bgideon@gideonasenlaw.com               tbrennan@bermansimmons.com
Meryl E. Poulin, Bar #5960              brennanservice@bermansimmons.com
mpoulin@gideonasenlaw.com               Charles P. Hehmeyer, Bar #10096
Rosalie B.C. Wennberg, Bar              chehmeyer@bermansimmons.com
#10316                                  hehmeyerservice@bermansimmons.com
rwennberg@gideonasenlaw.com             Elizabeth A. Kayatta, Bar #5039
**Gideon Asen LLC**                     ekayatta@bermansimmons.com
95 Main Street, #5                      kayattaservice@bermansimmons.com
Auburn, ME04210                         **Berman & Simmons, P.A.**
Service@gideonasenlaw.com               129 Lisbon St. P.O. Box 961
                                        Lewiston, ME 04243-0961


/s/  Jamal Alsaffar                     /s/  Josh Koskoff
Jamal Alsaffar, *pro hac vice*          Josh Koskoff, *pro hac vice*
jamal@trial.law                         jkoskoff@koskoff.com
Texas State Bar #24027193               Connecticut State Bar #410518
Tom Jacob, *pro hac vice*               Margaret Donovan, *pro hac vice*
tom@trial.law                           mdonovan@koskoff.com
Texas State Bar #24069981               Connecticut State Bar #445982
**National Trial Law, PLLC**            Matt Blumenthal, *pro hac vice*
1114 Lost Creek Blvd, Ste. 410          mblumenthal@koskoff.com
Austin, TX 78746                        Connecticut State Bar #438605
(512) 476-4346                          **Koskoff, Koskoff & Bieder, PC**
                                        350 Fairfield Avenue, Ste. 501
                                        Bridgeport, CT 06604